USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

JOSEPH MUELLER,                            :

                         :         **ORDER OF DISMISSAL**

              Plaintiff,         :

                         :         23-CV-02972 (JLC)

    -v-                    :

                         :

TARGET CORP., *et al.*,        :

                         :

           Defendants.     :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

WHEREAS, the Court has been advised by counsel's letter dated May 16, 2024 (Dkt. No. 26) that all claims asserted herein have been settled in principle;

It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen <u>must</u> be filed <u>within 30 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Nothing in the issuance of this Order prevents the parties from filing a stipulation of dismissal within the 30-day period.

Any pending motions are moot. All deadlines are adjourned sine die. The Clerk is directed to close this case.

2

**SO ORDERED.**

Dated: May 16, 2024
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

2